IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
LORNE LANDON DAVIS,            )
                               )
          Plaintiff,           )
                               )
     v.                        )     1:25-cv-841
                               )
UNKNOWN JUDGE, and             )
UNKNOWN PROSECUTOR,            )
                               )
          Defendant.           )
```

### ORDER

On October 27, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint or petition, on the proper forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of January, 2026.

                                                  /s/ William L. Osteen, Jr.
                                                  United States District Judge